Trevor A. Pellegrin, Petitioner v. The People of the State of Colorado, Respondent No. 21SC796
Supreme Court of Colorado, En Banc
July 25, 2022
 Court of Appeals Case No. 18CA1487 
 
 Petition for Writ of Certiorari GRANTED. 
 Whether the court of appeals erred in concluding section 18-1-408(5)(c), C.R.S. (2021), creates a "single distinction" test, meaning that because harassment differs from stalking only insofar as a less serious injury and lesser kind of culpability suffice to prove harassment, the offenses do not merge. 
 Whether the federal and state constitutions require that a jury make a domestic violence finding subjecting the defendant to an increased penalty. 
 DENIED AS TO ALL OTHER ISSUES. 
 1